# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GODO KAISHA IP BRIDGE 1, <br><br> Plaintiff, <br><br> v. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON INC., <br><br> Defendants. | Case No. 2:21-CV-213-JRG <br> (Lead Case) <br><br> JURY TRIAL DEMANDED |
| GODO KAISHA IP BRIDGE 1, <br><br> Plaintiff, <br><br> v. <br><br> NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORPORATION, <br><br> Defendants. | Case No. 2:21-CV-215-JRG <br> (Member Case) <br><br> JURY TRIAL DEMANDED |

## GODO KAISHA IP BRIDGE 1'S NOTICE OF READINESS FOR SCHEDULING CONFERENCE

Pursuant to the Court's Standing Order Regarding Readiness for Scheduling Conference, Plaintiff Godo Kaisha IP Bridge 1 ("IP Bridge") hereby notifies the Court that the lead case pending against Telefonaktiebolaget LM Ericsson and Ericsson Inc., C.A. No. 2:21-CV-213-JRG, is ready for a scheduling conference.

## PENDING MOTIONS

None.

## ASSERTED PATENTS

In this action, IP Bridge has asserted the following seven patents:

U.S. Patent No. 7,372,909

U.S. Patent No. 8,787,275

U.S. Patent No. 8,085,724

U.S. Patent No. 8,077,594

U.S. Patent No. 8,385,239

U.S. Patent No. 8,526,546

U.S. Patent No. 9,137,000

## RELATED CASE

On August 25, 2021, the Court consolidated this action with the matter captioned *Godo Kaisha IP Bridge 1 v. Nokia Corporation*, C.A. No. 2:21-CV-215-JRG, for all pretrial purposes. *See* Dkt. No. 17.

## DATES OF ANY FUTURE *MARKMAN* HEARING AND/OR TRIAL FOR RELATED CASES

None.

- 3 -

Dated: September 3, 2021

| | |
|---|---|
| Steven Pepe <br> (NY Bar No. 2810430) <br> (Eastern District of Texas Member) <br> Kevin J. Post <br> (NY Bar No. 4382214) <br> (Eastern District of Texas Member) <br> Alexander E. Middleton <br> (NY Bar No. 4797114) <br> (Eastern District of Texas Member) <br> Matthew R. Shapiro <br> (NY Bar No. 5102017) <br> (Eastern District of Texas Member) <br> Lance W. Shapiro <br> (NY Bar No. 5397955) <br> (Eastern District of Texas Member) <br> **ROPES & GRAY LLP** <br> 1211 Avenue of the Americas <br> New York, NY 10036 <br> Telephone: (212) 596-9000 <br> Facsimile: (212) 596-9090 <br> steven.pepe@ropesgray.com <br> kevin.post@ropesgray.com <br> alexander.middleton@ropesgray.com <br> matthew.shapiro@ropesgray.com <br> lance.shapiro@ropesgray.com <br><br> Samuel L. Brenner <br> (MA Bar No. 677812) <br> (Eastern District of Texas Member) <br> **ROPES & GRAY LLP** <br> Prudential Tower <br> 800 Boylston Street <br> Boston, MA 02199-3600 <br> Telephone: (617) 951-7000 <br> Facsimile: (617) 951-7050 <br> samuel.brenner@ropesgray.com | /s/ *Melissa R. Smith* <br> Melissa R. Smith <br> **GILLAM & SMITH, LLP** <br> TX State Bar No. 24001351 <br> 303 S. Washington Avenue <br> Marshall, Texas 75670 <br> Telephone: (903) 934-8450 <br> Facsimile: (903) 934-9257 <br> melissa@gillamsmithlaw.com <br><br> James R. Batchelder <br> (CA Bar No. 136347) <br> (Eastern District of Texas Member) <br> Shong Yin <br> (CA Bar No. 319566) <br> (Eastern District of Texas Member) <br> **ROPES & GRAY LLP** <br> 1900 University Avenue, 6th Floor <br> East Palo Alto, CA 94303-2284 <br> Telephone: (650) 617-4000 <br> Facsimile: (650) 617-4090 <br> james.batchelder@ropesgray.com <br> shong.yin@ropesgray.com <br><br> *Attorneys for Plaintiff* <br> GODO KAISHA IP BRIDGE 1 |

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service, on September 3, 2021.

                                                      */s/ Melissa R. Smith*