**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| GODO KAISHA IP BRIDGE 1,<br>       Plaintiff,<br>v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON, ERICSSON, INC.,<br>       Defendants, | Case No. 2:21-cv-00213-JRG<br><br>LEAD CASE<br>JURY TRIAL DEMANDED |
| GODO KAISHA IP BRIDGE 1,<br><br>       Plaintiff,<br><br>v.<br><br>NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY and NOKIA OF AMERICA CORPORATION,<br><br>       Defendants. | Case No. 2:21-cv-00215-JRG<br><br>MEMBER CASE<br>JURY TRIAL DEMANDED |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS NOKIA OF AMERICA CORPORATION AND NOKIA SOLUTIONS AND NETWORKS OY**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Nokia of America Corporation and Nokia Solutions and Networks Oy make this Corporate Disclosure Statement.

Nokia of America Corporation is a wholly owned subsidiary of Nokia Solutions and Networks B.V., a company organized under the laws of the Netherlands, which is a wholly owned subsidiary of Nokia Solutions and Networks Oy, a company organized under the laws of Finland.

Nokia Solutions and Networks Oy is a wholly owned subsidiary of Nokia Corporation. Nokia Corporation is a publicly traded company organized under the laws of Finland.

Dated: September 13, 2021.

                */s/ John D. Haynes*
                John D. Haynes
                David S. Frist
                Shawn P. Gannon
                Monica Manning
                **ALSTON & BIRD LLP**
                One Atlantic Center
                1201 West Peachtree Street, Suite 4900
                Atlanta, GA 30309
                Telephone: (404) 881-7000
                Facsimile:  (404) 881-7777
                john.haynes@alston.com
                david.frist@alston.com
                shawn.gannon@alston.com
                monica.manning@alston.com

                J. Ravindra Fernando
                **ALSTON & BIRD LLP**
                One South at The Plaza
                Suite 4000
                101 South Tryon Street
                Charlotte, NC 28280-4000
                Phone: 704-444-1000
                Fax: 704-444-1111
                Ravi.fernando@alston.com

                *Counsel for Defendants Nokia of America Corporation; Nokia Solutions and Networks OY*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of September, 2021 I electronically filed the foregoing Nokia of America Corporation's Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

      /s/ *John D. Haynes*
      John D. Haynes

      *Counsel for Defendants Nokia of America Corporation; Nokia Solutions and Networks OY*