IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GODO KAISHA IP BRIDGE 1, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00213-JRG |
| TELEFONAKTIEBOLAGET LM ERICSSON, ERICSSON, INC., | § § § § § | (LEAD CASE) |
| *Defendants*. | § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00215-JRG |
| NOKIA SOLUTIONS AND NETWORK OY, NOKIA OF AMERICA CORPORATION, | § § § § § | (MEMBER CASE) |
| *Defendants*. | § § § | |

**ORDER**

Before the Court is Defendants Telefonaktiebolaget LM Ericsson, Ericsson Inc., Nokia Corporation, Nokia Solutions and Networks OY, and Nokia of America Corporation's (collectively, "Defendants") Motion for Issuance of Letter of Request for International Judicial Assistance (the "Motion"). (Dkt. No. 73). In the Motion, Defendants request that the Court issue a Letter of Request addressed to the judicial authorities of the Japan to obtain "licenses covering the asserted patents, documents evidencing the first public disclosure or sale of the alleged inventions, conception documents, and communications between the named inventors and standard setting organizations regarding subject matter disclosed in the asserted patents." (*Id.* at 3). Defendants represent to the Court that Plaintiff Godo Kaisha IP Bridge 1 does not oppose the Motion.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby in **GRANTED**. The Court **APPROVES** the proposed Letter of Request, which is attached to the Motion as Exhibit A. Accordingly, the Court will execute the Letter of Request with original signatures, to which the Clerk of the Court shall affix original seals.

**So ORDERED and SIGNED this 1st day of March, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE