UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GODO KAISHA IP BRIDGE 1, <br><br> Plaintiff, <br><br> v. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON INC., <br><br> Defendants. | § § § § § § § § § § § § | Case No. 2:21-CV-213-JRG <br> (Lead Case) <br><br> JURY TRIAL DEMANDED |
| GODO KAISHA IP BRIDGE 1, <br><br> Plaintiff, <br><br> v. <br><br> NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORPORATION, <br><br> Defendants. | § § § § § § § § § § § § § § | Case No. 2:21-CV-215-JRG <br> (Member Case) <br><br> JURY TRIAL DEMANDED |

**GODO KAISHA IP BRIDGE 1'S UNOPPOSED MOTION
TO CONTINUE CLAIM CONSTRUCTION HEARING**

Plaintiff Godo Kaisha IP Bridge 1 ("IP Bridge") moves for a short continuance of the March 30, 2022 Claim Construction Hearing set by the Court's March 9, 2022 notice.

IP Bridge's lead counsel, who was planning to argue at the Claim Construction Hearing, recently tested positive for COVID-19.  Additionally, IP Bridge's lead counsel has been in close contact with other members of IP Bridge's legal team, preventing them from traveling for next week's Claim Construction Hearing as planned.  IP Bridge conferred with counsel for Defendants Telefonaktiebolaget LM Ericsson and Ericsson Inc. ("Ericsson"); and Nokia Solutions and Networks Oy and Nokia of America Corporation ("Nokia," collectively with

Ericsson, "Defendants"). Defendants do not oppose this motion, but counsel for Nokia noted conflicts for previously scheduled trials on April 4-8 and April 18-22, 2022. All parties are available on April 25, 2022.

Accordingly, IP Bridge respectfully requests that the Court continue the Claim Construction Hearing to April 25, 2022, or a date otherwise convenient for the Court when counsel for all parties are available.

Dated: March 26, 2022

Steven Pepe
(NY Bar No. 2810430)
(Eastern District of Texas Member)
Kevin J. Post
(NY Bar No. 4382214)
(Eastern District of Texas Member)
Alexander E. Middleton
(NY Bar No. 4797114)
(Eastern District of Texas Member)
Matthew R. Shapiro
(NY Bar No. 5102017)
(Eastern District of Texas Member)
Lance W. Shapiro
(NY Bar No. 5397955)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
steven.pepe@ropesgray.com
kevin.post@ropesgray.com
alexander.middleton@ropesgray.com
matthew.shapiro@ropesgray.com
lance.shapiro@ropesgray.com

Samuel L. Brenner
(MA Bar No. 677812)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
samuel.brenner@ropesgray.com

/s/ Melissa R. Smith

Melissa R. Smith
**GILLAM & SMITH, LLP**
TX State Bar No. 24001351
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

James R. Batchelder
(CA Bar No. 136347)
(Eastern District of Texas Member)
Shong Yin
(CA Bar No. 319566)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
james.batchelder@ropesgray.com
shong.yin@ropesgray.com

*Attorneys for Plaintiff*
GODO KAISHA IP BRIDGE 1

3

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on March 26, 2022, he caused correct copies of the foregoing document to be served via email on all counsel of record pursuant to Local Rule CV-5(c).

/s/ Melissa R. Smith

## CERTIFICATE OF CONFERENCE

The undersigned attorney hereby certifies that counsel for all parties have conferred and the relief sought herein is unopposed.

/s/ Melissa R. Smith