UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GODO KAISHA IP BRIDGE 1,<br><br>    Plaintiff,<br><br>v.<br><br>TELEFONAKTIEBOLAGET LM<br>ERICSSON and ERICSSON INC.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:21-CV-213-JRG<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| GODO KAISHA IP BRIDGE 1,<br><br>    Plaintiff,<br><br>v.<br><br>NOKIA CORPORATION, NOKIA<br>SOLUTIONS AND NETWORKS OY, and<br>NOKIA OF AMERICA CORPORATION,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:21-CV-215-JRG<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**PARTIES' AMENDED JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Patent Rule 4-5(d) and this Court's October 22, 2021 Docket Control Order

(Dkt. 45), Plaintiff Godo Kaisha IP Bridge 1 ("Plaintiff" or "IP Bridge") and Defendants

Telefonaktiebolaget LM Ericsson and Ericsson Inc., and Nokia Solutions and Networks Oy, and

Nokia of America Corporation (collectively, "Defendants") hereby submit this Amended[1] Joint

Claim Construction Chart. The chart, attached hereto as Exhibit A, includes the parties' proposed

---

[1] This amendment reflects that the parties have now agreed to the construction of the term "subcarrier block" from claim 11 of U.S. Patent No. 9,137,000.

constructions for the disputed terms, as well as the constructions on which the parties have

reached agreement, for each of the Asserted Patents.[2]

Since the parties submitted their P.R. 4-3 Joint Claim Construction and Prehearing

Statement (Dkt. 66), IP Bridge submitted the following preliminary election of claims:

- '820 patent: claim 4[3]
- '546 patent: claims 6-8
- '000 patent: claims 11-16
- '239 patent: claims 14-19
- '594 patent: claims 1, 2, 5-9, 11, 12
- '724 patent: claims 12, 13
- '909 patent: claims 1, 3
- '275 patent: claims 1, 2, 6,[4] 11

Thus, Exhibit A does not address any terms or claims that were not included in IP Bridge's

preliminary election of claims.

---

[2] The Asserted Patents are U.S. Patent No. 7,372,909, U.S. Patent No. 8,077,594, U.S. Patent No. 8,085,724, U.S. Patent No. 8,385,239, U.S. Patent No. 8,526,546, U.S. Patent No. 8,787,275, U.S. Patent No. 9,137,000, and U.S. Patent No. 9,769,820.  No party proposed any terms from the '275 patent for construction.

[3] Claim 4 of the '820 patent is asserted against Nokia but not Ericsson.

[4] Claim 6 of the '275 patent is asserted against Ericsson but not Nokia.

Dated: March 31, 2022

Steven Pepe
(NY Bar No. 2810430)
(Eastern District of Texas Member)
Kevin J. Post
(NY Bar No. 4382214)
(Eastern District of Texas Member)
Alexander E. Middleton
(NY Bar No. 4797114)
(Eastern District of Texas Member)
Matthew R. Shapiro
(NY Bar No. 5102017)
(Eastern District of Texas Member)
Lance W. Shapiro
(NY Bar No. 5397955)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
steven.pepe@ropesgray.com
kevin.post@ropesgray.com
alexander.middleton@ropesgray.com
matthew.shapiro@ropesgray.com
lance.shapiro@ropesgray.com


Samuel L. Brenner
(MA Bar No. 677812)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
samuel.brenner@ropesgray.com

Respectfully submitted,

/s/ Alexander E. Middleton
_____
  Melissa R. Smith
**GILLAM & SMITH, LLP**
TX State Bar No. 24001351
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

James R. Batchelder
(CA Bar No. 136347)
(Eastern District of Texas Member)
Shong Yin
(CA Bar No. 319566)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
james.batchelder@ropesgray.com
shong.yin@ropesgray.com


*Attorneys for Plaintiff*
GODO KAISHA IP BRIDGE 1

Kevin Hess
Texas State Bar No. 24087717
khess@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

**MCKOOL SMITH, P.C.**

*/s/ Nicholas Mathews*
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@McKoolSmith.com
Nicholas Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Warren Lipschitz
Texas State Bar No. 24078867
wlipschitz@mckoolsmith.com
Eric Hansen
Texas State Bar No. 24062763
ehansen@mckoolsmith.com
Alexander Chern
Texas State Bar No. 24109718
achern@mckoolsmith.com
Eleanor Hudson Callaway
Texas State Bar No. 24120740
ecallaway@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

**ATTORNEYS FOR DEFENDANTS
TELEFONAKTIEBOLAGET LM
ERICSSON AND ERICSSON INC.**

-5-

BY: */s/ J. Ravindra Fernando*
　　David S. Frist
　　david.frist@alston.com
　　John D. Haynes
　　john.haynes@alston.com
　　One Atlantic Center
　　1201 West Peachtree Street
　　Atlanta, GA 30309-3424
　　Telephone: (404)-881-7000
　　Facsimile: (404) 881-7777


　　J. Ravindra Fernando
　　ravi.fernando@alston.com
　　One South at The Plaza
　　101 South Tryon Street
　　Suite 4000
　　Charlotte, NC 28280-4000
　　Telephone: 704.444.1000
　　Facsimile: 704.444.1111


　　***Attorneys for Defendants Nokia Solutions
　　and Networks Oy and Nokia of America
　　Corp.***

-6-

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with a copy of this document via the Court's

CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Nicholas Mathews*
Nicholas Mathews
