**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| GODO KAISHA IP BRIDGE 1, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL  ACTION  NO.   2:21-CV-00213-JRG |
| | § | (LEAD CASE) |
| TELEFONAKTIEBOLAGET LM | § | |
| ERICSSON,  ERICSSON, INC., | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

| | | |
|---|---|---|
| v. | § | CIVIL  ACTION  NO.   2:21-CV-00215-JRG |
| | § | (MEMBER CASE) |
| NOKIA CORPORATION,  NOKIA | § | |
| SOLUTIONS AND NETWORK OY, | § | |
| NOKIA OF AMERICA CORPORATION, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

**<u>ORDER</u>**

Before the Court is Defendants Telefonaktiebolaget LM Ericsson and Ericsson Inc.'s (together, "Ericsson") Unopposed Partial Motion to Dismiss Allegations Related to the '546, '275, and '594 Patents (the "Motion"). (Dkt. No. 91). In the Motion, Ericsson requests that the Court dismiss Plaintiff Godo Kaisha IP Bridge 1's ("IP Bridge") claims of infringement as to U.S. Patent Nos. 8,526,546, 8,787,275, and 8,077,594 (collectively, the "Dropped Patents"). Ericsson notes that IP Bridge does not oppose the Motion. Finally, Ericsson requests that the Court dismiss its counterclaims related to the Dropped Patents.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that IP Bridge's claims related to the Dropped Patents against Ericsson—such as IP Bridge's Second, Fourth, and Sixth

causes of action in its original complaint—are **DISMISSED WITH PREJUDICE**. Further, the Court **ORDERS** that Ericsson's Second, Fourth, and Sixth counterclaims are **DISMISSED WITHOUT PREJUDICE**.

The Clerk of the Court is directed to **MAINTAIN AS OPEN** the above-captioned matter as parties and claims remain.

**So ORDERED and SIGNED this 8th day of April, 2022.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE