## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **GODO KAISHA IP BRIDGE 1,** | |
| **Plaintiff,** | **Civil Action No. 2:21-cv-213** |
| | **(Lead Case)** |
| **vs.** | |
| **TELEFONAKTIEBOLAGET LM ERICSSON AND ERICSSON INC.,** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |
| **GODO KAISHA IP BRIDGE 1,** | |
| **Plaintiff,** | **Civil Action No. 2:21-cv-215** |
| | **(Member Case)** |
| **vs.** | |
| **NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, AND NOKIA OF AMERICA CORPORATION,** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

### UNOPPOSED MOTION FOR EXTENSION OF TO TIME TO TAKE DEPOSITION AND RECEIVE DOCUMENTS OF DR. WILLIAM CHOI

Defendants Ericsson and Nokia respectfully file this unopposed Motion to extend the fact-discovery deadline for the limited purpose of deposing and receiving documents produced by Dr. William Choi, an economist who IP Bridge used to support its methodologies described in documents produced in this litigation. IP Bridge does not oppose the requested relief.

IP Bridge disclosed Dr. Choi to Defendants on May 4, 2022—the last day of fact discovery—in connection with the meet-and-confers that led to Defendants' filing their motion to compel. *See* Dkt. Nos. 108 (1st Amend. DCO) & 113 (Mtn. to Compel). The next day, Defendants told IP Bridge that it intended to serve a subpoena for documents and deposition on Dr. Choi, and

Defendants asked for confirmation that IP Bridge did not object to Dr. Choi's subpoena coming outside of the fact period given the circumstances.  IP Bridge responded on Friday May 6, stating that it did not object and that it would have an answer next week regarding whether Ropes & Gray could accept the subpoena on behalf of Dr. Choi.  Defendants sent notice of the subpoena to IP Bridge on May 10, and on May 11, IP Bridge notified Defendants that Ropes & Gray would accept service on behalf of Dr. Choi.  Defendants attached the subpoena for service the same day.

Accordingly, Defendants respectfully request that the Court extend the fact-discovery deadline for the limited purpose of deposing and receiving documents produced by Dr. Choi. This extension will not impact any other deadline set by the Court in this case and is not made for purposes of delay.

Dated: May 23, 2022

Kevin Hess
Texas State Bar No. 24087717
khess@mckoolsmith.com
**McKool Smith, P.C.**
303 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
**McKool Smith, P.C.**
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

**McKool Smith, P.C.**

/s/ *Nicholas Mathews*
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@McKoolSmith.com
Nicholas Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Warren Lipschitz
Texas State Bar No. 24078867
wlipschitz@mckoolsmith.com
Eric Hansen
Texas State Bar No. 24062763
ehansen@mckoolsmith.com
Alexander Chern
Texas State Bar No. 24109718
achern@mckoolsmith.com
Eleanor Hudson Callaway
Texas State Bar No. 24120740
ecallaway@mckoolsmith.com
**McKool Smith, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

**ATTORNEYS FOR DEFENDANTS
TELEFONAKTIEBOLAGET LM
ERICSSON AND ERICSSON INC.**

/s/ *John D. Haynes*
John D. Haynes
David S. Frist
Shawn P. Gannon
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
john.haynes@alston.com
david.frist@alston.com
shawn.gannon@alston.com

J. Ravindra Fernando
ALSTON & BIRD LLP
One South at The Plaza
Suite 4000

101 South Tryon Street
Charlotte, NC 28280-4000
Phone: 704-444-1000
Fax: 704-444-1111
Ravi.fernando@alston.com

**COUNSEL FOR DEFENDANTS NOKIA
OF AMERICA CORPORATION; NOKIA
SOLUTIONS AND NETWORKS
OY**

4

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on May 23, 2022.

/s/ *Nicholas Mathews*
Nicholas Mathews

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rules CV-7(h) and (i), counsel for Ericsson conferred with counsel for IP Bridge and counsel for IP Bridge indicated that they are unopposed to the relief sought herein.

/s/ *Nicholas Mathews*
Nicholas Mathews