# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GODO KAISHA IP BRIDGE 1,<br><br>Plaintiff,<br><br>vs.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON AND ERICSSON INC.,<br><br>Defendants. | Civil Action No. 2:21-cv-213<br>(Lead Case)<br><br><br>JURY TRIAL DEMANDED |
| GODO KAISHA IP BRIDGE 1,<br><br>Plaintiff,<br><br>vs.<br><br>NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, AND NOKIA OF AMERICA CORPORATION,<br><br>Defendants. | Civil Action No. 2:21-cv-215<br>(Member Case)<br><br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TO TIME TO TAKE DEPOSITION AND RECEIVE DOCUMENTS OF DR. WILLIAM CHOI

BEFORE THE COURT is Defendants Ericsson and Nokia's Unopposed Motion for Extension of Time to Take Deposition and Receive Documents of Dr. William Choi. Noting that it is unopposed and considering the circumstances, the Court finds that the Motion should be and is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that the close of fact discovery shall be extended for the sole and limited purpose of deposing and receiving documents produced by Dr. William Choi.