IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GODO KAISHA IP BRIDGE 1,<br><br>*Plaintiff*,<br><br>v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON,  ERICSSON, INC.,<br><br>*Defendants*. | CIVIL ACTION NO.   2:21-CV-00213-JRG<br>(LEAD CASE) |
| v.<br><br>NOKIA CORPORATION,  NOKIA SOLUTIONS AND NETWORK OY, NOKIA OF AMERICA CORPORATION,<br><br>*Defendants*. | CIVIL ACTION NO.   2:21-CV-00215-JRG<br>(MEMBER CASE) |

**ORDER**

Before the Court is Plaintiff Godo Kaisha IP Bridge 1 ("IP Bridge") and Defendants Telefonaktiebolaget LM Ericsson and Ericsson Inc.'s (together, "Ericsson") Joint Notice Regarding Meditation (the "Notice"). (Dkt. No. 143). In the Notice, IP Bridge and Ericsson jointly agree that this case would benefit from mediation before the Honorable Gerald E. Rosen. (*Id.*).

Having considered the Notice, the Court agrees that IP Bridge and Ericsson (together, the "parties") might benefit from efforts to resolve their disputes via mediation. Accordingly, the Court **ORDERS** the parties to mediate in this case promptly and at a mutually agreeable date. The parties are directed to contact the mediator forthwith and use their best efforts to schedule a date for mediation at the earliest reasonable time. The mediation shall be conducted by the Hon. Gerald E. Rosen, 150 West Jefferson, Suite 850, Detroit, Michigan 48226, T: 313-209-8861,

F: 313-872-1101. To ensure that mediation is as productive as possible, the Court hereby **ORDERS** that IP Bridge and Ericsson shall personally attend such mediation with lead counsel, local counsel, and a representative who has full and unilateral authority to act on and compromise on all pending disputes. No party or representative shall leave the mediation session, once it begins, without the approval of the mediator. The district's applicable local rules regarding ADR/mediation shall otherwise govern and apply in all respects.

Further, the parties are **ORDERED** to file a joint notice within **three (3) days** of their mediation informing the Court of the results of such mediation and (if mediation was not completely successful) advising the Court of any remaining outstanding disputes.

**So ORDERED and SIGNED this 29th day of June, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE