IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GODO KAISHA IP BRIDGE 1, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.   2:21-CV-00213-JRG |
| | § | (LEAD CASE) |
| TELEFONAKTIEBOLAGET LM ERICSSON, ERICSSON, INC., | § | |
| | § | |
| *Defendants*. | § | |
| | § | |
| v. | § | CIVIL ACTION NO.   2:21-CV-00215-JRG |
| | § | (MEMBER CASE) |
| NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORK OY, NOKIA OF AMERICA CORPORATION, | § | |
| | § | |
| *Defendants*. | § | |

# ORDER

Before the Court are the following motions filed by Defendants Telefonaktiebolaget LM Ericsson and Ericsson, Inc. (together, "Ericsson") and Defendants Nokia Corporation, Nokia Solutions and Network OY, and Nokia of America Corporation (together, "Nokia"):

- Ericsson's Unopposed Motion to Seal Ericsson's Reply in Support of Its Motion for Partial Summary Judgment That Ericsson is Licensed to the '909, '724, '594, '239, and '546 Patents-in-Suit and Supporting Documents (Dkt. No. 110),

- Ericsson's Unopposed Motion to Seal Defendants' Motion to Compel IP Bridge's Technical Patent Valuation (Dkt. No. 112), and

- Nokia's Unopposed Motion to Seal Joint Representative Product Stipulation of Nokia (Dkt. No. 118).

(All collectively, the "Motions to Seal"). In the Motions to Seal, the Ericsson and Nokia request leave to file certain documents under seal because they contain sensitive information relating to

business operations, including information regarding license agreements, which is deemed highly confidential.

Having considered the Motions to Seal, and noting that they are unopposed, the Court finds that they should be and hereby are **GRANTED**. Accordingly, it is **ORDERED** that the parties are granted leave to file the respective documents identified in Dkt. Nos. 110, 112, and 118 under seal.

**So Ordered this**
Jun 30, 2022

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE