IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GODO KAISHA IP BRIDGE 1 | § § | |
| v. | § § | Case No. 2:21-cv-00213-JRG |
| TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON, INC. | § § § | (Lead Case) |
| GODO KAISHA IP BRIDGE 1 | § § | |
| v. | § § | Case No. 2:21-cv-00215-JRG |
| NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY and NOKIA OF AMERICA COPORATION | § § § § | (Member Case) |

**MINUTES FOR PRETRIAL CONFERENCE**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
September 6, 2022

**OPEN: 10:26 AM**                                                                 **ADJOURN: 02:32 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Ryan Davies<br>Harris Huguenard<br>Katie Albanese |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| **TIME** | **MINUTE ENTRY** |
|---|---|
| 10:26 AM | Court opened. |
| 10:28 AM | Court called for announcements from counsel. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:29 AM | Court provided instructions and housekeeping matters to the parties. Both cases are set for jury selection and trial on Monday, October 3, 2022. Each case will be tried separately. Trial will begin following empanelment of jury. Eight jurors will be selected. Peremptory strikes: Four per side. Counsel will be given 30 minutes per side for v*oir dire*. The parties will be given 11 hours per side for the jury trial portion. Opening statements will be 30 minutes per side. Closing arguments will be 40 minutes per side. Court to be notified by 10:00 PM each night of disputes/objections not resolved through meet and confer efforts. Three (3) jointly prepared three-ring binders with disputed information are to be submitted to the Court by 7:00 AM the following day. The Court will be available in chambers by 7:30 AM every morning to take up any housekeeping matters or late-arriving disputes that might come up during trial. Deposition-clip objections and/or disputes are to be taken up by the Court the day before the day such deposition is to be used. Court encouraged the parties to utilize the meet and confer process during the course of the trial to resolve disputes. It is the Court's intention to bring the jury in every morning at 8:30 AM. Lunch will be brought in daily for the jurors. Rule 50(a) motions will be heard by the Court after all the evidence is in and Plaintiff rests any rebuttal case. Court will hold an informal charge conference (off the record) after the close of evidence. Formal charge conference will follow thereafter and on the record. Court reminded counsel not to refer to individuals by their first names, and to advise their respective witnesses re: same. Court instructed counsel to refer to the Court's Standing Order re: the sealing of the courtroom re: confidential or highly sensitive testimony. Court instructed the parties of no disruption during the portion of the trial re: the Court's final jury instructions and counsel's closing arguments. Parties to be prepared every morning of trial to read into the record those exhibits used prior day. Twelve juror notebooks to be delivered to chambers no later than 12:00 noon on Monday, September 26, 2022. Notebooks to contain: Complete copies of each patent-in-suit (single-sided or double-sided); claim construction chart (single-sided); page for each witness with a head and shoulder photograph, name and ruled lines for notetaking; three-hole punch notepad for further notes and a non-clicking pen. Each witness page should be tabbed for easy navigation. A reminder that expert witnesses are confined to the four corners of their report. Court CARRIED the decision re: which case will be first tried. Parties to meet and confer re: the use of an interpreter during the trial and to notify the Court re: same. |
| 10:54 AM | Court proceeded with hearing argument re: disputed dispositive motions: |
| 10:54 AM | [SEALED] Ericsson's Motion for Partial Summary Judgment That Ericsson is Licensed to the '909, '724, '594, '239 and '546 Patents-In-Suit (Dkt. No. 84). |
| 10:55 AM | Mr. Mathews presented argument for Defendant Ericsson. |
| 10:55 AM | **Courtroom sealed.** |
| 10:56 AM | Continuation of argument by Mr. Mathews. |
| 11:17 AM | Responsive argument by Mr. Post for Plaintiff. |
| 11:35 AM | Rebuttal argument by Mr. Mathews. |
| 11:39 AM | Court CARRIED ruling re: Dkt. No. 84. |
| 11:40 AM | Court heard argument re: [SEALED] Nokia's Motion for Partial Summary Judgment of Noninfringement of U.S. Patent No. 8,526,546 (Dkt. No. 148). |
| 11:41 AM | **Courtroom unsealed.** |

| TIME | MINUTE ENTRY |
|---|---|
| 11:41 AM | Mr. Haynes presented argument for Defendant Ericsson. |
| 11:52 AM | Responsive argument by Mr. Pepe for Plaintiff. |
| 11:57 AM | Rebuttal argument by Mr. Haynes. |
| 11:59 AM | Court DENIED Dkt. No. 148. |
| 12:01 PM | Recess for lunch. |
| 12:59 PM | Court reconvened. |
| 01:00 PM | Court heard argument re: Ericsson's Motion for Partial Summary Judgment That IP Bridge's Damages on the '000 and '909 Patents Are Limited by 35 U.S.C. § 287 (Dkt. No. 151). |
| 01:01 PM | Mr. Chern presented argument for Defendant Ericsson. |
| 01:05 PM | **Courtroom sealed.** |
| 01:06 PM | Continuation of argument by Mr. Chern. |
| 01:09 PM | **Courtroom unsealed.** |
| 01:10 PM | Continuation of argument by Mr. Chern. |
| 01:20 PM | Responsive argument by Mr. Brenner for Plaintiff. |
| 01:29 PM | **Courtroom sealed.** |
| 01:30 PM | Continuation of argument by Mr. Brenner. |
| 01:32 PM | **Courtroom unsealed.** |
| 01:33 PM | Rebuttal argument by Mr. Chern. |
| 01:37 PM | Additional argument provided by Mr. Brenner. |
| 01:39 PM | Court DENIED Dkt. No. 151. |
| 01:40 PM | Court heard argument re: [SEALED] Defendants' Motion to Exclude Dr. Perryman's Opinions and Testimony Under Fed. R. Evid. 702 and *Daubert* (Dkt. No. 154). |
| 01:40 PM | Mr. Haynes presented argument for Ericsson and Nokia Defendants. |
| 02:05 PM | **Courtroom sealed.** |
| 02:05 PM | Continuation of argument by Mr. Haynes. |
| 02:14 PM | **Courtroom unsealed.** |
| 02:14 PM | Responsive argument by Mr. Brenner for Plaintiff. |
| 02:21 PM | Rebuttal argument by Mr. Haynes. |
| 02:23 PM | **Courtroom sealed.** |
| 02:23 PM | Court made rulings as set forth in the record re: Dkt. No. 154. |
| 02:27 PM | **Courtroom unsealed.** |
| 02:30 PM | Court to schedule a Day 2 of pretrial conference for a later date. |
| 02:32 PM | Court adjourned. |