# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GODO KAISHA IP BRIDGE 1, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.   2:21-CV-00213-JRG |
| TELEFONAKTIEBOLAGET LM ERICSSON,  ERICSSON, INC., | § § § § | (LEAD CASE) |
| *Defendants*. | § § § | |
| v. | § § | CIVIL ACTION NO.   2:21-CV-00215-JRG |
| NOKIA CORPORATION,  NOKIA SOLUTIONS AND NETWORK OY, NOKIA OF AMERICA CORPORATION, | § § § § | (MEMBER CASE) |
| *Defendants*. | § § § | |

## ORDER

Before the Court is the Claim Construction Order issued by Magistrate Judge Payne dated June 14, 2022 (Dkt. No. 133) (the "Claim Construction Order"). Plaintiff Godo Kaisha IP Bridge 1 ("IP Bridge") and Defendants Nokia Corporation, Nokia Solutions and Network Oy, and Nokia of America Corporation's (together, "Nokia" and Defendants Telefonaktiebolaget LM Ericsson and Ericsson Inc. (together, "Ericsson") (Nokia and Ericsson collectively, "Defendants") have filed Objections to the Order (Dkt. Nos. 142, 144).

After considering the reason provided in the Claim Construction Order, the underlying claim construction briefing, and IP Bridge's and Defendants' Objections, the Court agrees with the conclusions reached within the Order and finds IP Bridge's and Defendants' arguments within

2

their respective Objections unpersuasive.  Accordingly, the court **OVERRULES** the Objections and **ADOPTS** Magistrate Judge Payne's Claim Construction Order.

**So ORDERED and SIGNED this 19th day of September, 2022.**

```
_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE
```