# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GODO KAISHA IP BRIDGE 1, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> TELEFONAKTIEBOLAGET LM § <br> ERICSSON and ERICSSON INC., § <br> § <br> Defendants. § <br> § | Case No. 2:21-CV-213-JRG <br> (Lead Case) <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO STAY
## ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Godo Kaisha IP Bridge 1 and Defendants Telefonaktiebolaget LM Ericsson and Ericsson Inc., have settled, in principle, all matters in controversy in the above-captioned action between the parties. Accordingly, the parties jointly move the Court to stay any and all unreached deadlines in this action for thirty (30) days in order to finalize the settlement of this matter and file appropriate dismissal papers.

DATED: October 7, 2022                                    Respectfully submitted,

James R. Batchelder                                        /s/ *Melissa R. Smith*
(CA Bar No. 136347)                                        Melissa R. Smith
(Eastern District of Texas Member)                         **GILLAM & SMITH, LLP**
Shong Yin                                                  TX State Bar No. 24001351
(CA Bar No. 319566)                                        303 S. Washington Avenue
(Eastern District of Texas Member)                         Marshall, Texas 75670
**ROPES & GRAY LLP**                                       Telephone: (903) 934-8450
1900 University Avenue, 6th Floor                          Facsimile: (903) 934-9257
East Palo Alto, CA 94303-2284                              melissa@gillamsmithlaw.com
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
james.batchelder@ropesgray.com
shong.yin@ropesgray.com

Steven Pepe                                                Samuel L. Brenner
(NY Bar No. 2810430)                                       (MA Bar No. 677812)
(Eastern District of Texas Member)                         (Eastern District of Texas Member)
Kevin J. Post                                              **ROPES & GRAY LLP**
(NY Bar No. 4382214)                                       Prudential Tower
(Eastern District of Texas Member)                         800 Boylston Street
Alexander E. Middleton                                     Boston, MA 02199-3600
(NY Bar No. 4797114)                                       Telephone: (617) 951-7000
(Eastern District of Texas Member)                         Facsimile: (617) 951-7050
Matthew R. Shapiro                                         samuel.brenner@ropesgray.com
(NY Bar No. 5102017)
(Eastern District of Texas Member)                         *Attorneys for Plaintiff*
Lance W. Shapiro                                           *GODO KAISHA IP BRIDGE 1*
(NY Bar No. 5397955)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
steven.pepe@ropesgray.com
kevin.post@ropesgray.com
alexander.middleton@ropesgray.com
matthew.shapiro@ropesgray.com
lance.shapiro@ropesgray.com

Respectfully submitted,

/s/ Nicholas Mathews
Douglas A. Cawley
Texas State Bar No. 04035500
Nicholas Mathews
Texas State Bar No. 24085457
Warren Lipschitz
Texas State Bar No. 24078867
Eric Hansen
Texas State Bar No. 24062763
Alexander Chern
Texas State Bar No. 24109718
Eleanor Hudson Callaway
Texas State Bar No. 24120740
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044
dcawley@McKoolSmith.com
nmathews@McKoolSmith.com
wlipschitz@mckoolsmith.com
ehansen@mckoolsmith.com
achern@mckoolsmith.com
ecallaway@mckoolsmith.com

Kevin Hess
Texas State Bar No. 24087717
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744
khess@mckoolsmith.com

***Attorneys for Defendants Telefonaktiebolaget LM Ericsson and Ericsson Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 7th day of October 2022.

　　　　　　　　　　　　　　　　　　　　　　　　／s/ Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff and counsel for Ericsson have complied with the meet and confer requirement regarding this Motion on October 4, 2022. The Parties are in agreement and are seeking joint relief.

　　　　　　　　　　　　　　　　　　　　　　　　／s/ Melissa R. Smith