**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| GODO KAISHA IP BRIDGE 1, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:21-CV-213-JRG |
| v. | § | (Lead Case) |
| | § | |
| TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER GRANTING JOINT MOTION TO STAY
ALL DEADLINES AND NOTICE OF SETTLEMENT**

Before the Court is the Parties' Joint Motion to Stay All Deadlines and Notice of Settlement. The Court, having considered same, is of the opinion the motion should be GRANTED.