# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| GODO KAISHA IP BRIDGE 1, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:21-CV-213-JRG |
| | § | (Lead Case) |
| TELEFONAKTIEBOLAGET LM | § | |
| ERICSSON and ERICSSON INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |
| | § | |
| GODO KAISHA IP BRIDGE 1, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:21-CV-215-JRG |
| | § | (Member Case) |
| NOKIA CORPORATION, NOKIA | § | |
| SOLUTIONS AND NETWORKS OY, and | § | JURY TRIAL DEMANDED |
| NOKIA OF AMERICA CORPORATION, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Godo Kaisha IP Bridge 1 ("Plaintiff" or "IP Bridge") and Defendants Nokia Solutions and Networks Oy and Nokia of America Corporation ("Defendant" or "Nokia") have settled, in principle, all matters in controversy in the above-captioned action between the parties. Accordingly, the parties jointly move the Court to stay any and all unreached deadlines in this action for sixty (60) days in order to finalize the settlement of this matter and file appropriate dismissal papers.

Dated: November 8, 2022

Respectfully submitted,

*/s/ Melissa R. Smith*

Steven Pepe

Melissa R. Smith

(NY Bar No. 2810430)

**GILLAM & SMITH, LLP**

(Eastern District of Texas Member)

TX State Bar No. 24001351

Kevin J. Post

303 S. Washington Avenue

(NY Bar No. 4382214)

Marshall, Texas 75670

(Eastern District of Texas Member)

Telephone: (903) 934-8450

Alexander E. Middleton

Facsimile: (903) 934-9257

(NY Bar No. 4797114)

melissa@gillamsmithlaw.com

(Eastern District of Texas Member)

Matthew R. Shapiro

James R. Batchelder

(NY Bar No. 5102017)

(CA Bar No. 136347)

(Eastern District of Texas Member)

(Eastern District of Texas Member)

Lance W. Shapiro

Shong Yin

(NY Bar No. 5397955)

(CA Bar No. 319566)

(Eastern District of Texas Member)

(Eastern District of Texas Member)

**ROPES & GRAY LLP**

**ROPES & GRAY LLP**

1211 Avenue of the Americas

1900 University Avenue, 6th Floor

New York, NY 10036

East Palo Alto, CA 94303-2284

Telephone: (212) 596-9000

Telephone: (650) 617-4000

Facsimile: (212) 596-9090

Facsimile: (650) 617-4090

steven.pepe@ropesgray.com

james.batchelder@ropesgray.com

kevin.post@ropesgray.com

shong.yin@ropesgray.com

alexander.middleton@ropesgray.com

matthew.shapiro@ropesgray.com

lance.shapiro@ropesgray.com

Samuel L. Brenner

*Attorneys for Plaintiff*

(MA Bar No. 677812)

GODO KAISHA IP BRIDGE 1

(Eastern District of Texas Member)

**ROPES & GRAY LLP**

Prudential Tower

800 Boylston Street

Boston, MA 02199-3600

Telephone: (617) 951-7000

Facsimile: (617) 951-7050

samuel.brenner@ropesgray.com

*/s/ John D. Haynes*

John D. Haynes
David S. Frist
Siraj Abhyankar
Shawn P. Gannon
Sloane Kyrazis
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
john.haynes@alston.com
david.frist@alston.com
shri.abhyankar@alston.com
shawn.gannon@alston.com
sloane.kyrazis@alston.com

J. Ravindra Fernando
**ALSTON & BIRD LLP**
One South at The Plaza
Suite 4000
101 South Tryon Street
Charlotte, NC 28280-4000
Phone: 704-444-1000
Fax: 704-444-1111
ravi.fernando@alston.com

Deron Dacus
Shannon Dacus
**THE DACUS FIRM, P.C.**
821 ESE Loop 323
Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com
sdacus@dacusfirm.com

*Counsel for Defendants Nokia of America*
*Corporation; Nokia Solutions and Networks*
*OY*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 8, 2022.

*/s/ John D. Haynes*
John D. Haynes

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for the Parties have complied with the meet and confer requirement regarding this Motion. The Parties are in agreement and are seeking joint relief.

*/s/ John D. Haynes*
John D. Haynes