# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GODO KAISHA IP BRIDGE 1, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00213-JRG |
| TELEFONAKTIEBOLAGET LM ERICSSON, ERICSSON, INC., | § § § § | (LEAD CASE) |
| *Defendants*. | § § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00215-JRG (MEMBER CASE) |
| NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORK OY, NOKIA OF AMERICA CORPORATION, | § § § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff Godo Kaisha IP Bridge 1 ("IP Bridge") and Defendants Nokia Corporation, Nokia Solutions and Network Oy, and Nokia of America Corporation (together, "Nokia"). (Dkt. No. 267.) In the Motion, IP Bridge and Nokia notify the Court that they have settled, in principle, all matters in controversy in the above-captioned action between the parties. Accordingly, the parties jointly move the Court to stay any and all unreached deadlines in this action for sixty (60) days in order to finalize the settlement in this matter and file appropriate dismissal papers. (*Id.* at 1.)

Having considered the Motion, and in light of its joint nature, the Court finds that it should be and hereby is **GRANTED**. The Court **ORDERS** that all deadlines in the above-captioned case

between IP Bridge and Nokia are **STAYED** for sixty (60) days, by which time appropriate dismissal papers must be filed with the Court.

    **So ORDERED and SIGNED this 10th day of November, 2022.**

                                                      RODNEY GILSTRAP  
                                                    UNITED STATES DISTRICT JUDGE