# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GODO KAISHA IP BRIDGE 1, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:21-CV-213-JRG (Lead Case) |
| TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON INC., | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |
| GODO KAISHA IP BRIDGE 1, | § § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 2:21-CV-215-JRG (Member Case) |
| NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORPORATION, | § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## JOINT MOTION TO EXTEND STAY AND DEADLINE FOR FILING DISMISSAL PAPERS

Plaintiff Godo Kaisha IP Bridge 1 ("IP Bridge" or "Plaintiff") and Defendants Nokia Solutions and Networks Oy and Nokia of America Corporation (collectively, "Nokia") jointly request a brief extension of the stay and deadline for filing dismissal papers entered by the Court on November 10, 2022 (Dkt. No. 270). IP Bridge and Nokia are continuing to finalize the terms of a long-form agreement but have experienced delays through no fault of either party. IP Bridge and Nokia thus request a further 30-day extension of the stay and corresponding deadline for filing dismissal papers.

Dated: January 9, 2023

Steven Pepe
(NY Bar No. 2810430)
(Eastern District of Texas Member)
Kevin J. Post
(NY Bar No. 4382214)
(Eastern District of Texas Member)
Alexander E. Middleton
(NY Bar No. 4797114)
(Eastern District of Texas Member)
Matthew R. Shapiro
(NY Bar No. 5102017)
(Eastern District of Texas Member)
Lance W. Shapiro
(NY Bar No. 5397955)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
steven.pepe@ropesgray.com
kevin.post@ropesgray.com
alexander.middleton@ropesgray.com
matthew.shapiro@ropesgray.com
lance.shapiro@ropesgray.com

Samuel L. Brenner
(MA Bar No. 677812)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
samuel.brenner@ropesgray.com

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
**GILLAM & SMITH, LLP**
TX State Bar No. 24001351
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

James R. Batchelder
(CA Bar No. 136347)
(Eastern District of Texas Member)
Shong Yin
(CA Bar No. 319566)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
james.batchelder@ropesgray.com
shong.yin@ropesgray.com

*Attorneys for Plaintiff/Counterclaim-Defendant*
GODO KAISHA IP BRIDGE 1

| | |
|---|---|
| Dated: January 9, 2023 | Respectfully submitted,<br><br>*/s/ John D. Haynes*<br>John D. Haynes<br>David S. Frist<br>Siraj Abhyankar<br>Shawn P. Gannon<br>Sloane Kyrazis<br>**ALSTON & BIRD LLP**<br>One Atlantic Center<br>1201 West Peachtree Street, Suite 4900<br>Atlanta, GA 30309<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777<br>john.haynes@alston.com<br>david.frist@alston.com<br>shri.abhyankar@alston.com<br>shawn.gannon@alston.com<br>sloane.kyrazis@alston.com<br><br>J. Ravindra Fernando<br>**ALSTON & BIRD LLP**<br>One South at The Plaza<br>Suite 4000<br>101 South Tryon Street<br>Charlotte, NC 28280-4000<br>Phone: 704-444-1000<br>Fax: 704-444-1111<br>ravi.fernando@alston.com<br><br>Deron Dacus<br>Shannon Dacus<br>**THE DACUS FIRM P.C.**<br>821 ESE Loop 323<br>Suite 430<br>Tyler, TX 75701<br>Phone: (903) 705-1117<br>Fax: (903) 581-2543<br>ddacus@dacusfirm.com<br>sdacus@dacusfirm.com<br><br>*Counsel for Defendants Nokia of America Corporation; Nokia Solutions and Networks OY* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on January 9, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                              */s/ Melissa R. Smith*
                                              Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rule CV-7(h), counsel for IP Bridge met and conferred with Defendants and the motion is unopposed.

                                              */s/ Melissa R. Smith*
                                              Melissa R. Smith