IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GODO KAISHA IP BRIDGE 1, <br><br> *Plaintiff*, <br><br> v. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON, ERICSSON, INC., <br><br> *Defendants*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:21-CV-00213-JRG <br> (LEAD CASE) |
| v. <br><br> NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORK OY, NOKIA OF AMERICA CORPORATION, <br><br> *Defendants*. | § § § § § § § § | CIVIL ACTION NO. 2:21-CV-00215-JRG <br> (MEMBER CASE) |

**ORDER**

Before the Court is the Joint Motion to Extend Stay and Deadline for Filing Dismissal Papers (the "Motion") filed by Defendants Nokia Solutions and Networks Oy and Nokia of America Corporation (together, "Nokia") and Plaintiff Godo Kaisha IP Bridge 1 ("IP Bridge"). (Dkt. No. 273.) The Court previously granted the Joint Motion to Stay All Deadlines and Notice of Settlement filed by IP Bridge and Nokia, which stayed the case for sixty (60) days. (Dkt. Nos. 267, 270.) On January 9, 2023, IP Bridge and Nokia filed this Motion requesting a further 30-day extension of the stay and corresponding deadline for filing dismissal papers. (Dkt. No. 273 at 1.) IP Bridge and Nokia represent that they are continuing to finalize the terms of a long-form agreement but have experienced delays through no fault of either party. (*Id.*) Meanwhile, after already receiving two 30-day extensions, the deadline for IP Bridge and Defendants

Telefonaktibolaget LM Ericsson and Ericsson Inc. (together, "Ericsson") to file dismissal papers has been extended a total of ninety (90) days after filing their Joint Motion to Stay and Notice of Settlement (Dkt. No. 265) on October 7, 2022.

Having considered the Motion, the Court hereby sets a telephonic status conference in the above-captioned case to explore this situation further on Wednesday, January 18, 2023 at 1:30 p.m. CT.

Attendance by both lead and local counsel for each of Nokia, Ericsson, and IP Bridge is required. The parties should be prepared to discuss the status of their respective settlements and expected timeline for filing dismissal papers.

Further, it is **ORDERED** that the stay in this case and deadline for filing dismissal papers is extended as to such time that the above telephonic status conference is held or until otherwise ordered by the Court.

**So ORDERED and SIGNED this 11th day of January, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE